IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Sebastian St John
08/19/1991   046166

13400 Dille dr
Upper Marlboro Md 20772
*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

v.

Director of Prince George County Detention Center & Corizon Medical dept. 13400 Dille dr Upper Marlboro Md 20772
*(Full name and address of respondent)*
**Defendant(s).**

Case No.: PWG-20-641
*(Leave blank. To be filled in by Court.)*

## COMPLAINT

I. Previous Lawsuits

   A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

   YES ☐   NO ☑

   B. If you answered YES, describe that case(s) in the spaces below.

   1. Parties to the other case(s):

      Plaintiff: _____

      Defendant(s): _____

   2. Court (if a federal court name the district; if a state court name the city or county):

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____
   _____

7. Date of Disposition: _____

II. Administrative Proceedings

   A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

   YES ☑   NO ☐

   1. If you answered YES:

      a. What was the result? Staff refuse to process grievance Sgt Fowler

      b. Did you appeal? can not appeal

      YES ☐   NO ☐

   2. If you answered NO to either of the questions above, explain why: _____
      _____
      _____

III. Statement of Claim
     (Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

This claim is on 8th Amendment violation, in which prohibit cruel & unusual punishment against Corizon Medical Service & PGDC in which hold contract with PGDC. The Corizon Medical dpt has failed in attempt to analyze or treat the medical problem. Corizon has subscribed medication without properly analyzing the problem nor explain the side effect of the meds. I have been have reoccuring pain by my throat under

Con... of Statement of claim

... jaw bone-line and most often suffering swollenness & inflammatory in that area. In which I continue to request help by fileing sick-call form in which Corizon continue to deduct money from my account, in which they do noting about it, has fail to examine or analyze nor treat the problem in which by failure to act has cause inflammatory of the tissue along with pain.

By pure negligent with carelessness disregard has plain violates and breach the cruel & unusual punishment threshold of the 8th Amendment. I was informed that the medication I receive was tylenol, I was informed by inmates & correctional staff.

IV. Relief
(State briefly what you want the Court to do for you.)

Monetary relief 250,000.00 punitive relief 250,000.00 Psychological relief of pain & suffering 5,000.00 per day. injunction relief, & appointment of counsel

SIGNED THIS __3__ day of __March__, __2020__.

_____
Signature of Plaintiff

Sebastian St John
Printed Name

13400 Dille Dr, Upper Marlboro, MD, 20772
Address

_____
Telephone Number

_____
Email Address

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Sebastian ST John
08/18/1991  046166
13400 Dille dr
Upper Marlboro Md 20772

(Full name, date of birth, identification #, address of petitioner)
**Plaintiff,**

v.

Director, PGDC & Corizon
Medical Service
13400 Dille dr
Upper Marlboro Md 20772

(Full name and address of defendant)
**Defendant(s).**

Case No.: _____
(Leave blank. To be filled in by Court.)

## CERTIFICATE OF SERVICE

I hereby certify that on _____, _____,
a copy of _____
was mailed via first class mail, postage prepaid, to _____
_____

_____
Signature of Plaintiff

Sebastian St. John
Printed Name

13400 Dille Dr, Upper Marlboro, MD 20772
Address

_____
Telephone Number

_____
Email Address